# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Donald Postell,

    Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                     3:12cv576 / 3:88cr136

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/3/12 Order.

Signed: September 7, 2012

Frank G. Johns, Clerk
United States District Court