# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:12-cv-576-FDW
#### (3:88-cr-136-FDW)

DONALD POSTELL,       )
      )
      Petitioner,       )
      v.       )
      )       <u>ORDER</u>
UNITED STATES OF AMERICA,       )
      )
      Respondent.       )
_____ )

**THIS MATTER** is before the Court on remand from the United States Court of Appeals for the Fourth Circuit. (3:12-cv-576, Doc. No. 6).

On September 3, 2012, this Court entered an Order denying Petitioner's motion challenging his criminal judgment after concluding that his effort was an unauthorized, successive motion under 28 U.S.C. § 2255. (Doc. No. 2). <u>See</u> 28 U.S.C. § 2255(h). Petitioner filed an appeal. The Fourth Circuit has remanded Petitioner's case to this Court for the purpose of determining whether Petitioner is entitled to a certificate of appealability of the Order denying relief under Section 2255. After examining the record in this matter, the Court finds that Petitioner has not made the requisite showing.

**IT IS, THEREFORE, ORDERED** that pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases, this Court declines to issue a certificate of appealability as Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(2); <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336-38 (2003) (in order to satisfy § 2253(c), a petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong); <u>Slack v. McDaniel</u>, 529 U.S. 474, 484 (2000) (holding

that when relief is denied on procedural grounds, a petitioner must establish both that the correctness of the dispositive procedural ruling is debatable, and that the petition states a debatably valid claim of the denial of a constitutional right).

Signed: November 26, 2012

Frank D. Whitney
United States District Judge